# EXHIBIT D

# Infringement Of U.S. Patent No. 10,450,611 Patent By Foresight's Solid Tumor Recurrence Test

| '611 Patent Claim Language | Infringement Support |
|---|---|
| 1. A method for personalized genetic testing, comprising: | The Foresight Diagnostics Solid Tumor Recurrence Test performs a method for personalized genetic testing.<br><br>**Solid Tumors** ⌄<br><br>Our **Solid Tumor Recurrence Test** is personalized based on patient-specific phased variants that are identified with whole-genome sequencing. It offers the same degree of sensitivity as our Lymphoma Recurrence Test and the ability to track oncogenic and clinically relevant SNVs in addition to other tumor-specific phased variants.<br><br>More About **Solid Tumor Recurrence Test**<br><br>Source: https://foresight-dx.com/partnership |
| (a) sequencing nucleic acid molecules from at least one biological sample of a subject to generate sequencing data, wherein said sequencing data comprises sequencing 12 gigabases (GB) or more; | The Foresight Diagnostics Solid Tumor Recurrence test utilizes whole genome sequencing of a patient's tumor to generate sequencing data that comprises sequencing 12 GB or more.<br><br>The application of PhasED-Seq to solid tumors sequenced lung adenocarcinoma samples at a coverage of between 21x - 44x for tumor thereby generating between 69GB - 145GB of sequencing data, respectively. |

1

| '611 Patent Claim Language | Infringement Support |
|---|---|
| | Source: Kurtz, et. al., Enhanced detection of minimal residual disease by targeted sequencing of phased variants in circulating tumor DNA, Nature Biotechnology, June 2021 (hereinafter "Kurtz," attached hereto as Exhibit J), Supplementary Table 9. |
| (b) computer processing said sequencing data to identify a plurality of nucleic acid sequences having a set of genetic variants, wherein said set of genetic variants are identified with respect to a reference | The Foresight Diagnostics Solid Tumor Recurrence test utilizes computer processing to identify a plurality of genetic variants that are identified with respect to a reference. The test sequences both tumor and germline DNA (to provide a reference) in order to identify phased variants that are present in the tumor sample.<br><br><br><br>Source: Kurtz, Figure 7b. |
| (c) obtaining a probe set comprising a plurality of nucleic acid probe molecules having said plurality of nucleic acid | The Foresight Diagnostics Solid Tumor Recurrence test utilizes a probe set to selectively enrich or amplify sequences comprising genetic variants over other sequences in a biological sample.  For example, The Foresight Diagnostics Solid |

| '611 Patent Claim Language | Infringement Support |
|---|---|
| sequences or complements thereof, wherein said plurality of nucleic acid probe molecules are configured to selectively enrich or amplify sequences comprising said set of genetic variants over other sequences in said at least one biological sample; | Tumor Recurrence test designs personalized probes directed to the particular phased variants detected in the tumor sample.<br><br><br><br>Source: Kurtz, Fig. 7b<br><br>Source: BloodPac annual meeting slides (attached hereto as Exhibit L); Chen, et al., Commercial ctDNA Assays for Minimal Residual Disease Detection of Solid Tumors, MolDiag&Ther (2021) at Table 1 (hereinafter "Chen," attached hereto as Exhibit M). |

3

| '611 Patent Claim Language | Infringement Support |
|---|---|
| (d) using said probe set to selectively enrich or amplify sequences comprising said set of genetic variants over other sequences in an additional biological sample from said subject or at least one biological relative of said subject, to generate a sequencing library; and | The Foresight Diagnostics Solid Tumor Recurrence test utilizes the probe set to selectively enrich or amplify sequences comprising the set of genetic variants (phased variants) over other sequences in an additional biological sample from the subject.<br><br><br><br>Source: Kurtz, Fig. 7b |
| (e) subjecting said sequencing library to sequencing at a coverage of 175 kilobases (kb) or less to identify a presence or absence of at least a subset of said set of genetic variants in said additional biological sample from said subject or said at least one biological relative, wherein a sequencing of (e) is | The Foresight Diagnostics Solid Tumor Recurrence test sequences the sequencing library at a coverage of 175kb or less to identify the presence or absence of at least a subset of genetic variants in the additional biological sample. For example, the Foresight Diagnostics Solid Tumor Recurrence test tracks a subset of phased variants in plasma. |

4

| '611 Patent Claim Language | Infringement Support |
|---|---|
| greater than a sequencing depth of said sequencing of (a). | <br><br>Source: Kurtz, Extended Fig. 10d. |
| 2. The method of claim 1, further comprising outputting a report that is generated at least based on comparison of results from said sequencing of (a) with results from at least said subjecting said sequencing library to said sequencing of (e). | The Foresight Diagnostics Solid Tumor Recurrence test issues a report regarding the patient's MRD status that is based on a comparison of the sequencing results of the WGS sequencing of the tumor and the sequencing of the phased variants detected in the subsequent plasma sample.  For example, the Foresight Diagnostics Solid Tumor Recurrence test reports on the presence or absence of the specific phased variants identified both prior to and after diagnosis. |

| '611 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz, Extended Fig. 10d. |
| 3. The method of claim 1, wherein in said sequencing of (a), said at least one biological sample is obtained from said subject at a first time point, and wherein said additional biological sample is obtained from said subject or said at least one biological relative at a second time point subsequent to said first time point. | The Foresight Diagnostics Solid Tumor Recurrence test sequences a tumor sample obtained from a first time point and a plasma sample that is obtained at a subsequent time point (i.e., after surgery). |

6

| '611 Patent Claim Language | Infringement Support |
|---|---|
| |  Source: Kurtz, Fig. 7b. |
| 4. The method of claim 1, wherein said sequencing of (a) comprises (i) exome sequencing, (ii) sequencing a panel of genes, (iii) whole genome sequencing, and/or (iv) sequencing a population of complementary deoxyribonucleic acid molecules derived from ribonucleic acid molecules. | The Foresight Diagnostics Solid Tumor Recurrence test sequences the tumor using whole genome sequencing. |

| '611 Patent Claim Language | Infringement Support |
|---|---|
|  | Source: Kurtz, Fig. 7b. |
| 5. The method of claim 1, wherein each of said plurality of nucleic acid probe molecules includes oligonucleotide-directed genomic content comprising (i) at least one variable portion from a result of said sequencing of (a) and (ii) at least one fixed portion independent of said result of said sequencing of (a). | The Foresight Diagnostics Solid Tumor Recurrence test includes both variable portions based upon the prior whole genome sequencing as well as fixed content that is related to genes with known oncogenic or clinically relevant variants. |

| '611 Patent Claim Language | Infringement Support |
|---|---|
| | <br><br>Source: https://foresight-dx.com/partnership |
| 9. The method of claim 1, further comprising outputting a report that identifies said presence or absence of said at least said subset of said genetic variants in said subject or said at least one biological relative. | The Foresight Diagnostics Solid Tumor Recurrence test issues a report regarding the patient's MRD status that is based on an identification of the presence or absence of the phased variants between the WGS sequencing of the tumor and the subsequent sequencing of the plasma sample.  For example, the Foresight Diagnostics Solid Tumor Recurrence test reports on the presence or absence of the specific phased variants identified both prior to and after diagnosis. |

| '611 Patent Claim Language | Infringement Support |
|---|---|
| | <br><br>Source: Kurtz, Extended Fig. 10d. |
| 10. The method of claim 1, further comprising providing a therapeutic intervention at least based on said presence or absence of said at least said subset of said genetic variants identified in (e). | The Foresight Diagnostics Solid Tumor Recurrence test issues a report regarding the identification of patients in need of additional therapy. |

| '611 Patent Claim Language | Infringement Support |
|---|---|
| |  Source: https://foresight-dx.com/technology |
| 11. The method of claim 1, wherein said at least one biological sample includes a tumor sample and said nucleic acids molecules are from cells in said tumor sample. | The Foresight Diagnostics Solid Tumor Recurrence test utilizes a biological sample that is a tumor sample and sequences nucleic acid molecules from the tumor sample. |

| '611 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz, Fig. 7b. |
| 13. The method of claim 1, wherein said plurality of nucleic acid sequences having said set of genetic variants comprises genetic variants in a germline sequence of said subject. | The Foresight Diagnostics Solid Tumor Recurrence test analyzes the germline sequence of the individual in order to identify the phased variants for tracking. |

| '611 Patent Claim Language | Infringement Support |
|---|---|
| |  Source: Kurtz, Fig. 7b. |
| 18. The method of claim 1, wherein subjecting said sequencing library to sequencing in (e) comprises generating nucleic acid sequence data from said additional biological sample. | The Foresight Diagnostics Solid Tumor Recurrence test may be used on additional biological samples obtained from an individual for purposes of monitoring for disease recurrence over time. For example, certain samples were tracked over multiple time points after diagnosis. |

13

| '611 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz, Supplemental Fig. 10d. |
| 19. The method of claim 1, wherein computer processing of said sequence data comprises identifying one or more of (i) genetic variants of said nucleic acid sequence with respect to a germline sequence(s), (ii) alleles which match said reference sequence(s) and are correlated with a type of cancer or other disease, (iii) alleles which determine a human leukocyte antigen (HLA) type, (iv) metrics of gene expression or allele-specific expression, and (v) quantification of non-coding ribonucleic acid (RNA) molecules or micro-RNA | The Foresight Diagnostics Solid Tumor Recurrence test analyzes the germline sequence in comparison with the sequence of the tumor of the individual in order to identify the phased variants for tracking. |

| '611 Patent Claim Language | Infringement Support |
|---|---|
| molecules which are at least partially tissue-type specific or cancer-type specific. |   Source: Kurtz, Fig. 7b. |
| 28. The method of claim 1, further comprising using said presence or absence of said at least said subset of said set of genetic variants identified in (e) to treat said subject or said at least one biological relative for a disorder. | The Foresight Diagnostics Solid Tumor Recurrence test uses the information including whether the presence or absence of PVs is detected to inform treatment of the individual. |

15

| '611 Patent Claim Language | Infringement Support |
|---|---|
| |   Source: https://foresight-dx.com/technology |
| 29. The method of claim 1, wherein said reference comprises a human reference sequence. | The Foresight Diagnostics Solid Tumor Recurrence test compares the sequencing information to a human reference sequence.  For example, Kurtz states in the Methods section that "[s]equencing reads were aligned to hg19 and deduplicated with samtools markdup, as described above."  Source: Kurtz, Methods |
| 30. The method of claim 1, wherein said reference is a human reference sequence. | The Foresight Diagnostics Solid Tumor Recurrence test compares the sequencing information to a human reference sequence.  For example, Kurtz states in the Methods section that "[s]equencing reads were aligned to hg19 and deduplicated with samtools markdup, as described above."  Source: Kurtz, Methods |