# EXHIBIT E



Leslie Grab, Ph.D.
Vice President of Intellectual Property, Personalis, Inc.
1330 O'Brien Drive
Menlo Park, CA 94025
Email: leslie.grab@personalis.com

May 17, 2022

VIA FedEx

Jake Chabon, Ph.D.
CEO, Foresight Diagnostics
12705 E Montview Blvd Suite 360
Aurora, CO 80045

Re: *United States Patent Number 10,450,611*

Dear Dr. Chabon,

Personalis, Inc. ("Personalis") is a provider of advanced genomic sequencing and analytic solutions that provide comprehensive molecular data about an individual's cancer and immune response. Personalis is the owner of United States Patent Number 10,450,611 ("the '611 patent"), issued on October 22, 2019, for "Personalized Genetic Testing." The '611 patent claims, without limitation, a method for personalized genetic testing including (a) sequencing 12 GB of nucleic acid molecules, (b) identifying a plurality of genetic variants, (c) obtaining probes configured to selectively enrich the genetic variants, (d) using the probes to selectively enrich the genetic variants from an additional sample, and (e) sequencing to identify the presence or absence of the genetic variants in the additional sample.

It has come to our attention that Foresight Diagnostics is offering or intends to offer a personalized assay for the detection of minimal residual disease ("MRD") for solid tumors. Based on a review of the publicly available materials that we believe are related to the Foresight Diagnostics "Solid Tumor Recurrence Test," including the application of PhasED-seq to solid tumors as described in the 2021 Nature Biotechnology publication listed on the Foresight Diagnostics website as well as the "Partnerships" section of the Foresight Diagnostics website, it appears that Foresight Diagnostics is offering or intends to offer a MRD assay for solid tumors. It appears that the assay involves a method for personalized genetic testing that includes (a) whole genome sequencing of a tumor sample, (b) the identification of genetic variants, (c) creating probes to selectively enrich for the genetic variants, (d) using the probes to selectively enrich for the genetic variants in a subsequent blood or plasma sample, and (e) sequencing the sample to identify the presence or absence of the genetic variants. As such, Personalis's '611 patent appears highly relevant to Foresight Diagnostics's MRD offering for solid tumors. It is Personalis's view that Foresight Diagnostic should review the '611 patent and, if appropriate, immediately cease to offer or advertise its "Solid Tumor Recurrence Test." A copy of the

'611 patent is enclosed for your reference.

Personalis has invested considerable time and resources into the development and procurement of its intellectual property, and expects third parties to respect its patent rights. Personalis is willing to receive Foresight Diagnostics' views as to whether its "Solid Tumor Recurrence Test" infringes the '611 patent, including supporting documents, publications, or other evidence. Before discussing in further detail, it would serve both parties' interest to enter into an appropriate confidentiality agreement. I look forward to hearing back from you by close of business on June 3, 2022.

The above is not an exhaustive statement of all of the relevant facts and law. Personalis expressly reserves all its legal and equitable remedies, including the right to seek injunctive relief and recover monetary damages.

We look forward to your early response.

Sincerely,

Leslie Grab, Ph.D.


cc: Charles Thomas, KPPB LLP (Stanford)