# EXHIBIT F

# Infringement Of U.S. Patent No. 11,299,783 Patent By Foresight's Solid Tumor Recurrence Test

| '783 Patent Claim Language | Infringement Support |
| --- | --- |
| 1. A method for personalized genetic testing, comprising: | The Foresight Diagnostics Solid Tumor Recurrence Test performs a method for personalized genetic testing.<br><br>Solid Tumors<br><br>Our **Solid Tumor Recurrence Test** is personalized based on patient-specific phased variants that are identified with whole-genome sequencing. It offers the same degree of sensitivity as our Lymphoma Recurrence Test and the ability to track oncogenic and clinically relevant SNVs in addition to other tumor-specific phased variants.<br><br>More About **Solid Tumor Recurrence Test**<br><br>Source: https://foresight-dx.com/partnership |
| (a) obtaining a personalized probe set for a subject, which personalized probe set comprises a plurality of nucleic acid probe molecules having a plurality of nucleic acid sequences or complements thereof, wherein said plurality of nucleic acid probe molecules are configured to | The Foresight Diagnostics Solid Tumor Recurrence test generates a personalized probe set that are designed to specifically enrich or amplify sequences comprising a set of genetic variants that have been identified in the sequence data generated from the whole genome sequencing data obtained from the tumor biopsy sample. Further, the Foresight Diagnostics Solid Tumor Recurrence test also provides probe molecules that are designed to detect oncogenic and clinically relevant SNVs that are independent of the result of the sequencing data obtained from the tumor. |

| ’783 Patent Claim Language | Infringement Support |
| --- | --- |
| selectively enrich or amplify sequences comprising a set of one or more genetic variants over other sequences in at least one biological sample of said subject, wherein said set of genetic variants are identified in sequence data for said at least one biological sample, further wherein said personalized probe set comprises nucleic acid probe molecules having oligonucleotide-directed genomic content comprising: (i) at least one variable portion from a result of said sequence data and (ii) at least one fixed portion independent of said result of said sequencing data |  <br>Source: Kurtz, et. al., Enhanced detection of minimal residual disease by targeted sequencing of phased variants in circulating tumor DNA, Nature Biotechnology, June 2021 (hereinafter “Kurtz,” attached hereto as Exhibit J), Figure 7b. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | Solid Tumors<br>Our **Solid Tumor Recurrence Test** is personalized based on patient-specific phased variants that are identified with whole-genome sequencing. It offers the same degree of sensitivity as our Lymphoma Recurrence Test and the ability to track oncogenic and clinically relevant SNVs in addition to other tumor-specific phased variants.<br>More About **Solid Tumor Recurrence Test**<br><br>Source: https://foresight-dx.com/partnership |
| (b) using said personalized probe set to selectively enrich or amplify sequences comprising said set of genetic variants over other sequences in at least an additional biological sample from said subject, to generate a sequencing library; | The Foresight Diagnostics Solid Tumor Recurrence test uses the personalized probe set to selectively enrich or amplify sequences comprising the set of genetic variants in a subsequently obtained biological sample to generate a sequencing library. For example, Kurtz teaches the monitoring of subsequently obtained biological samples to detect the presence of PVs over time. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz, Extended Fig. 10d. |
| (c) subjecting said sequencing library to sequencing to identify a presence or absence of at least a subset of said set of genetic variants in at least said additional biological sample from said subject, wherein a sequencing footprint of said sequencing of (c) is less than a sequencing footprint of said sequence data of (a); and | The Foresight Diagnostics Solid Tumor Recurrence test sequences the sequencing library at a lower footprint than that of the first sequencing step used to identify said variants (in the case of Foresight, whole genome sequencing). According to Kurtz, between 14-622 PVs were tracked with probes of 120bp in length. |

| ’783 Patent Claim Language | Infringement Support |
| --- | --- |
| | Source: Kurtz, Extended Fig. 10d. |
| (d) generating a report identifying (i) a presence or absence of a health condition or disease of the subject in said additional biological sample based on said identified at least a subset of (c) and (ii) genetic variants which inform a therapy choice or a change in therapy for the subject. | The Foresight Diagnostics Solid Tumor Recurrence test generates a report that identifies whether cancer is detected or not in the sample that is based upon the variants tracked. In addition, the Foresight Diagnostics Solid Tumor test identifies the oncogenic or clinically relevant SNVs that are detected and inform a therapy decision for the patient. For example, Kurtz shows in Extended Fig. 10d whether the tracked polymorphisms were detected or not detected in the subsequently analyzed plasma samples from additional time points. Further, Foresight’s website states that the technology can identify patients in need of therapy. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| |  <br>Source: Kurtz, Extended Fig. 10d. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | vs Foresight Diagnostics<br>Best-in-class sensitivity at all time-points<br>Detects relapse 200+ days prior to clinical relapse[+]<br>Identifies relapse when disease burden is low and probability of cure is higher<br>Identifies the majority of patients in need of additional therapy<br>Source: https://foresight-dx.com/technology |
| 2. The method of claim 1, wherein said at least one biological sample comprises a plurality of biological samples. | The Foresight Diagnostics Solid Tumor Recurrence test utilizes both tumor biopsy as well as germline DNA in order to identify the genetic variants for monitoring. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | b<br>Diagnosis of malignancy<br>Subsequent TIME POINT<br>Treatment<br>Germline DNA<br>Tumor biopsy DNA<br>Plasma DNA<br>-seq<br>WGS<br>PV discovery<br>Personalized selector design<br>Personalized selector sequencing<br>Personalized PV monitoring<br>Source: Kurtz, Fig. 7b |
| 3. The method of claim 2, wherein said plurality of biological samples comprises a tissue sample and a plasma sample. | The Foresight Diagnostics Solid Tumor Recurrence test utilizes both tumor biopsy as well as germline DNA in order to identify the genetic variants for monitoring. |

| ’783 Patent Claim Language | Infringement Support |
| --- | --- |
| | <br>Source: Kurtz, Fig. 7b |
| 4. The method of claim 2, wherein the plurality of biological samples comprise: (i) cell-free deoxyribonucleic acid molecules (cfDNA), (ii) cell-free ribonucleic acid molecules (cfRNA), (iii) DNA or RNA from circulating tumor cells, or (iv) RNA or DNA from a tumor metastasis. | The Foresight Diagnostics Solid Tumor Recurrence test utilizes both tumor biopsy as well as germline DNA in order to identify the genetic variants for monitoring. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz, Fig. 7b |
| 5. The method of claim 2, further comprising generating said sequence data of (a) from the plurality of biological samples. | The Foresight Diagnostics Solid Tumor Recurrence test utilizes both tumor biopsy as well as germline DNA in order to identify the genetic variants for monitoring. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | b Diagnosis of malignancy; Treatment; Subsequent TIME POINT; Germline DNA; Tumor biopsy DNA; Plasma DNA; )-seq; WGS; PV discovery; Personalized selector design; Personalized selector sequencing; Personalized PV monitoring<br><br>Source: Kurtz, Fig. 7b |
| 6. The method of claim 1, wherein said sequence data of (a) comprises sequence information for at least an exome, a panel of genes, or a whole genome. | The Foresight Diagnostics Solid Tumor Recurrence test utilizes whole genome sequencing of the tumor and germline DNA. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz, Fig. 7b |
| 7. The method of claim 1, wherein identifying said presence or absence of a health condition or disease is based on a frequency of a genetic variant from said set of genetic variants. | The Foresight Diagnostic Solid Tumor Recurrence test determines the presence or absence of cancer based upon the frequency of detection of the genetic variant. For example, Kurtz describes in the methods that “[a] PV was considered to be validated if it was present in the tumor at higher than 5% AF and had no read support in the matched germline DNA.”<br><br>Source: Kurtz, Methods. |
| 8. The method of claim 1, wherein said additional biological sample of (c) is a blood sample. | The Foresight Diagnostics Solid Tumor Recurrence test conducts a second sequencing assay on the second subset of nucleic acids generated from a plasma DNA sample obtained from the blood of the patient. |

| ’783 Patent Claim Language | Infringement Support |
| --- | --- |
| | b<br>Diagnosis of malignancy<br>Treatment<br>Subsequent TIME POINT<br>Germline DNA<br>Tumor biopsy DNA<br>Plasma DNA<br>-seq<br>WGS<br>PV discovery<br>Personalized selector design<br>Personalized selector sequencing<br>Personalized PV monitoring<br>Source: Kurtz, Fig. 7b |
| 9. The method of claim 1, wherein said health condition or disease is cancer. | The Foresight Diagnostics Solid Tumor Recurrence test issues a report regarding the patient’s MRD status, which is an indication of the recurrence of cancer. Further the Foresight technology is designed to detect cancer recurrence. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | vs Foresight Diagnostics<br>**Best-in-class sensitivity** at all time-points<br>Detects relapse **200+ days prior** to clinical relapse[+]<br>Identifies relapse when **disease burden is low** and **probability of cure is higher**<br>Identifies the majority of patients **in need of additional therapy**<br><br>Source: https://foresight-dx.com/technology |
| 13. The method of claim 1, further comprising repeating (b) and (c) one or more times and generating one or more additional reports. | The Foresight Diagnostics Solid Tumor Recurrence test repeats the sequencing assay performed on the plasma sample multiple times over time. For example, Kurtz at Extended Fig. 10d shows the tracking and identification of the presence or absence of the PVs in subsequently obtained samples. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | Source: Kurtz, Extended Fig. 10d.<br><br>The results of the additional tracking and whether the PVs were observed or not in the subsequently obtained plasma sample may be reported in a biomedical report. |

| ’783 Patent Claim Language | Infringement Support |
| --- | --- |
| | Pretreatment Mass; Treatment Response; Biopsy confirmed recurrent disease; Tumor Fraction in Plasma; CRT; Immunotherapy; CAPP-Seq; PhasED-Seq; Tumor Volume; Undetected; CAPP-Seq Limit of Detection; PhasED-Seq Limit of Detection; Tumor Fraction; Tumor Volume (mL); Tumor; Months From Start of Treatment<br><br>Source: ASCO Meeting 2021: Abstract #8518: Leveraging phased variants for personalized minimal residual disease detection in localized non-small cell lung cancer, David M. Kurtz, et al. (hereinafter “Kurtz Poster,” attached hereto as Exhibit K).<br><br>Additionally, the Foresight website indicates the use of time-based reporting and monitoring: |

| ’783 Patent Claim Language | Infringement Support |
| --- | --- |
| | vs Foresight Diagnostics<br>Best-in-class sensitivity at all time-points<br>Detects relapse 200+ days prior to clinical relapse[*]<br>Identifies relapse when disease burden is low and probability of cure is higher<br>Identifies the majority of patients in need of additional therapy<br><br>Source: https://foresight-dx.com/technology |
| 14. The method of claim 1, wherein said at least one additional biological sample in (c) was obtained after said at least one biological sample in (a). | The Foresight Diagnostics Solid Tumor Recurrence test repeats the sequencing assay performed on the plasma sample multiple times over time. For example, Kurtz at Extended Fig. 10d shows the tracking and identification of the presence or absence of the PVs in subsequently obtained samples. |

| ’783 Patent Claim Language | Infringement Support |
| --- | --- |
| | Source: Kurtz, Extended Fig. 10d. |
| 15. The method of claim 1, wherein said additional biological sample is a blood sample comprising: (i) cfDNA, (ii) cfRNA, (iii) DNA or RNA from circulating tumor cells, or (iv) RNA or DNA from a tumor metastasis. | The Foresight Diagnostics Solid Tumor Recurrence tests utilizes cfDNA obtained from plasma DNA obtained from individuals at later time points. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| |   Source: Kurtz, Extended Fig. 10d.<br><br>The results of the additional tracking and whether the PVs were observed or not in the subsequently obtained plasma sample may be reported in a biomedical report. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| |   Source: Kurtz Poster. |
| 16. The method of claim 1, wherein said additional biological sample and one or more subsequent biological samples are each blood samples comprising: (i) cfDNA, (ii) cfRNA, (iii) DNA or RNA from circulating tumor cells, or (iv) RNA or DNA from a tumor metastasis. | The Foresight Diagnostics Solid Tumor Recurrence tests utilizes cfDNA obtained from plasma DNA obtained from individuals at later time points. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | Source: Kurtz, Extended Fig. 10d.<br><br>The results of the additional tracking and whether the PVs were observed or not in the subsequently obtained plasma sample may be reported in a biomedical report. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| |   Source: Kurtz Poster. |
| 17. The method of claim 1, wherein said at least one fixed portion comprises one or more known tumor variants. | The Foresight Diagnostics Solid Tumor Recurrence fixed portion corresponds to known oncogenic or clinically relevant SNVs. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | Solid Tumors<br><br>Our **Solid Tumor Recurrence Test** is personalized based on patient-specific phased variants that are identified with whole-genome sequencing. It offers the same degree of sensitivity as our Lymphoma Recurrence Test and the ability to track oncogenic and clinically relevant SNVs in addition to other tumor-specific phased variants.<br><br>More About **Solid Tumor Recurrence Test**<br><br>Source: https://foresight-dx.com/partnership |
| 18. The method of claim 1, wherein said at least one fixed portion is selected from a group consisting of one or more of: (i) cancer driver genes, (ii) genes involved in the pharmacogenomics of cancer drugs, (iii) genes involved in Mendelian immunological diseases, (iv) genes related to inherited forms of cancer, (v) genes associated with tumor escape from a targeted or immune cancer therapy, (vi) HLA typing, (vii) variants common in the population and used by B-allele methods to detect structural variation, and any combination thereof. | The Foresight Diagnostics Solid Tumor Recurrence fixed portion corresponds to known oncogenic or clinically relevant SNVs. Oncogenic SNVs can include cancer driver genes. Additionally, clinically relevant SNVs can include genes associated with tumor escape from a targeted or immune cancer therapy thereby enabling the recommendation for therapy choices, as described by Foresight. |

| ’783 Patent Claim Language | Infringement Support |
| --- | --- |
| | <br><br>Source: https://foresight-dx.com/partnership |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | vs Foresight Diagnostics<br>Best-in-class sensitivity at all time-points<br>Detects relapse 200+ days prior to clinical relapse[*]<br>Identifies relapse when disease burden is low and probability of cure is higher<br>Identifies the majority of patients in need of additional therapy<br><br>Source: https://foresight-dx.com/technology |
| 19. The method of claim 1, wherein said sequence data of (a) is derived from sequences of nucleic acids from said at least one biological sample, wherein said at least one biological sample comprises a tumor biopsy. | The Foresight Diagnostics Solid Tumor Recurrence test sequences nucleic acids derived from a biological sample that is a tumor biopsy. |

| ’783 Patent Claim Language | Infringement Support |
| --- | --- |
| | <br>Source: Kurtz, Fig. 7b |
| 21. The method of claim 1, wherein said set of one or more genetic variants comprise one or more members selected from the group consisting of: (i) a single nucleotide polymorphism, (ii) an insertion or deletion, (iii) a copy number variation, and (iv) structural variation. | The Foresight Diagnostics Solid Tumor Recurrence fixed portion corresponds to known oncogenic or clinically relevant SNVs. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | Solid Tumors<br>Our **Solid Tumor Recurrence Test** is personalized based on patient-specific phased variants that are identified with whole-genome sequencing. It offers the same degree of sensitivity as our Lymphoma Recurrence Test and the ability to track oncogenic and clinically relevant SNVs in addition to other tumor-specific phased variants.<br>More About **Solid Tumor Recurrence Test**<br><br>Source: https://foresight-dx.com/partnership |
| 22. The method of claim 1, wherein said personalized probe set comprises hybrid capture probes. | The Foresight Diagnostics Solid Tumor Recurrence test utilizes hybrid capture probes for the personalized probe set. According to Kurtz, between 14-622 PVs were tracked with probes of 120bp in length.<br><br>Source: Kurtz Results, Methods. |
| 23. The method of claim 1, wherein said set of genetic variants identified in sequence data are determined with respect to a reference. | The Foresight Diagnostics Solid Tumor Recurrence test compares the sequencing information to a human reference sequence. For example, Kurtz states in the Methods section that “[s]equencing reads were aligned to hg19 and deduplicated with samtools markdup, as described above.” Further, Kurtz describes in the methods that “[a] PV was considered to be validated if it was present in the tumor at higher than 5% AF and had no read support in the matched germline DNA,” indicating that the germline sequence may also be used as a reference.<br><br>Source: Kurtz, Methods. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | |
| 24. The method of claim 1, further comprising, prior to (a), sequencing said least one biological sample to generate said sequencing data. | The Foresight Diagnostics Solid Tumor Recurrence test whole genome sequences an individual’s tumor biopsy and germline sequences prior to developing the probe set to subsequently track mutations in further samples.<br><br>Source: Kurtz, Fig. 7b |
| 25. The method of claim 1, further comprising generating said personalized probe set for said subject based on said set of genetic variants identified in said sequence data for said at least one biological sample. | The Foresight Diagnostics Solid Tumor Recurrence test whole genome sequences an individual’s tumor biopsy and germline sequences in order to develop the probe set to subsequently track mutations in further samples. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz, Fig. 7b |
| 26. The method of claim 1, wherein (b) further comprises using said personalized probe set to selectively enrich or amplify sequences comprising said set of genetic variants over other sequences in a biological sample from another subject to generate said sequencing library. | The Foresight Diagnostics Solid Tumor Recurrence test utilizes the probe set to selectively enrich for the PVs identified in the tumor sample in a subsequent plasma sample. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | b Diagnosis of malignancy · Subsequent TIME POINT · Treatment · Germline DNA · Tumor biopsy DNA · Plasma DNA · WGS · PV discovery · Personalized selector design · Personalized selector sequencing · Personalized PV monitoring<br><br>Source: Kurtz, Fig. 7b |
| 27. The method of claim 1, wherein (c) further comprises identifying levels of gene expression, sequencing read counts, or read depth. | The Foresight Diagnostic Solid Tumor Recurrence test determines the frequency of detection of the genetic variant. For example, Kurtz describes in the methods that “[a] PV was considered to be validated if it was present in the tumor at higher than 5% AF and had no read support in the matched germline DNA.”<br><br>Source: Kurtz, Methods. |
| 28. The method of claim 1, wherein said at least one additional biological sample comprises a plurality of additional samples obtained at different time points. | The Foresight Diagnostics Solid Tumor Recurrence tests utilizes cfDNA obtained from plasma DNA obtained from individuals at later time points. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz, Extended Fig. 10d.<br><br>The results of the additional tracking and whether the PVs were observed or not in the subsequently obtained plasma sample may be reported in a biomedical report. |

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| |   Source: Kurtz Poster. |
| 29. The method of claim 1, wherein the report of (d) further comprises reporting biomedical information of said subject that is predictive, prognostic, or diagnostic of one or more biomedical features selected from the group consisting of a disease state, efficacy of a drug therapy, prediction of optimal drug dosage, a recommendation of one or more therapies, and a recommendation of a course of treatment of a disease. | The Foresight Diagnostics Solid Tumor Recurrence tests utilizes cfDNA obtained from plasma DNA obtained from individuals at later time points and reports out the presence or absence of cancer (disease state) as well as a recommendation on therapy. |

<table>
<tr><th>’783 Patent Claim Language</th><th>Infringement Support</th></tr>
<tr><td></td><td>

Source: Kurtz, Extended Fig. 10d.

The results of the additional tracking and whether the PVs were observed or not in the subsequently obtained plasma sample may be reported in a biomedical report.

</td></tr>
</table>

| ’783 Patent Claim Language | Infringement Support |
|---|---|
| |   Source: Kurtz Poster. |

| '783 Patent Claim Language | Infringement Support |
| --- | --- |
| | vs Foresight Diagnostics<br>Best-in-class sensitivity at all time-points<br>Detects relapse 200+ days prior to clinical relapse[+]<br>Identifies relapse when disease burden is low and probability of cure is higher<br>Identifies the majority of patients in need of additional therapy<br><br>Source: https://foresight-dx.com/technology |