# EXHIBIT G



Leslie Grab, Ph.D.
Vice President of Intellectual Property, Personalis, Inc.
1330 O'Brien Drive
Menlo Park, CA 94025
Email: leslie.grab@personalis.com


July 12, 2022


VIA Email and FedEx

Jake Chabon, Ph.D.
CEO, Foresight Diagnostics
12705 E Montview Blvd Suite 360
Aurora, CO 80045
Email: jake@foresight-dx.com

Re: *United States Patent Number 11,384,394*

Dear Dr. Chabon,

I am writing to follow up on the letter that I sent to you on May 18, 2022, regarding United States Patent Number 10,450,611 ("the '611 patent") and our subsequent email correspondence on June 17 and June 20, 2022. We appreciate the attention that Foresight is giving to our initial correspondence and continue to look forward to your response as promised in your June 20 email.

Since that time, Personalis has been awarded another patent, United States Patent Number 11,384,394 ("the '394 patent"), that we believe may also be relevant to Foresight's Solid Tumor Recurrence Test. I have enclosed a copy of the press release announcing its issuance. The '394 patent claims a method for analyzing nucleic acid samples from an individual through

       (a) conducting whole genome sequencing of a first sample,
       (b) creating a set of capture probes that are designed to hybridize to one or more polymorphisms,
       (c) conducting a sequencing assay on a second sample obtained at a different time point from the same individual, using the capture probes, and
       (d) generating a biomedical report.

The detection of polymorphisms, as contemplated by the '394 patent, may include those seen in the tumor sample as well as from a database.

Further, we are aware that you recently participated in the Precision Medicine World Conference (PMWC) in Santa Clara where you spoke about the "Custom MRD Assay" test that is being marketed alongside the "Lymphoma MRD Assay", but for use in a variety of solid tumors. Based upon the information and data shown during this presentation, as well as the information provided on Foresight's website, in the 2021 Nature Biotechnology publication, and in Dr. David Kurtz's Dec 2017 dissertation on the Stanford University website, it appears that the Custom MRD Assay involves a method for analyzing nucleic acid samples from an individual that includes

(a) conducting whole genome sequencing of a tumor sample,
(b) creating a set of capture probes based upon genetic variants identified in the tumor sample,
(c) conducting a sequencing assay on a subsequently obtained sample from the same individual, using the capture probes, and
(d) generating a biomedical report.

We also note that the Solid Tumor Recurrence Test purports to also detect oncogenic and clinically relevant SNVs in addition to the phased variants specific for the individual's tumor.

Personalis remains willing to speak with you regarding your views as to whether the Solid Tumor Recurrence Test advertised on your website, or the Custom MRD Assay referenced in your PMWC presentation infringe either or both the '611 or the '394 patents. Additionally, we remain open to entering into an appropriate confidentiality agreement for these discussions.

As a pioneer in the field of advanced genomic sequencing and analytics solutions, Personalis has invested hundreds of millions of dollars in research and development across a broad array of disciplines, and we stand firm in our resolve to protect that investment and our leadership position in the field. We understand that you are consulting with counsel regarding this matter, and we would appreciate receiving a substantive response on these matters from you or your counsel no later than close of business on July 26, 2022.

Thank you for your continued attention to this matter. We look forward to hearing from you.

Sincerely,

Leslie Grab, Ph.D.