# EXHIBIT I

# Infringement Of U.S. Patent No. 11,384,394 By Foresight's Solid Tumor Recurrence Test

| '394 Patent Claim Language | Infringement Support |
|---|---|
| 1. A method for analyzing nucleic acid samples isolated from an individual, comprising: | The Foresight Diagnostics Solid Tumor Recurrence Test performs a method for analyzing samples isolated from an individual.<br><br><br><br>Source: https://foresight-dx.com/partnership |
| (a) generating a first subset of nucleic acid molecules from a first nucleic acid sample obtained from said individual; | The Foresight Diagnostics Solid Tumor Recurrence test generates a first subset of nucleic acid molecules from a first nucleic acid sample obtained from a subject.  The first subset of nucleic acid molecules is obtained from a tumor biopsy obtained from an individual. |

1

| '394 Patent Claim Language | Infringement Support |
|---|---|
| | <br><br>Source: Kurtz, et. al., Enhanced detection of minimal residual disease by targeted sequencing of phased variants in circulating tumor DNA, Nature Biotechnology, June 2021 (hereinafter "Kurtz," attached hereto as Exhibit J), Figure 7b |
| (b) conducting a first sequencing assay on said first subset of nucleic acid molecules to yield a first result comprising a first nucleic acid sequence wherein said first sequencing assay comprises whole genome sequencing; | The Foresight Diagnostics Solid Tumor Recurrence test conducts a whole genome sequencing assay on the first subset of nucleic acid molecules obtained from the tumor biopsy sample from the individual. |

| '394 Patent Claim Language | Infringement Support |
|---|---|
|  |  Source: Kurtz, Figure 7b. |
| (c) generating a second subset of nucleic acid molecules from a second nucleic acid sample of said individual by contacting said second nucleic acid sample with a plurality of capture probes, wherein said plurality of capture probes hybridize to one or more polymorphisms which are based on or extracted from one or more databases of polymorphisms, observed in a population of one or more samples, or a combination thereof, wherein said first | The method of conducting the Foresight Diagnostics Solid Tumor Recurrence test generates a second subset of nucleic acid molecules from a second nucleic acid sample from an individual by contacting nucleic acids isolated from a plasma DNA sample from an individual with a personalized probe set that is designed to hybridize to one or more polymorphisms, or phased variants, observed in either the germline DNA or tumor biopsy sample obtained from the patient at a first time point. |

| '394 Patent Claim Language | Infringement Support |
|---|---|
| sample or said second sample is obtained from said subject at a first time point; | <br>Source: Kurtz, Fig. 7b<br><br><br>Source: BloodPac annual meeting slides; Chen, et al. (attached hereto as Exhibit L), Commercial ctDNA Assays for Minimal Residual Disease Detection of Solid Tumors, MolDiag&Ther (2021) at Table 1 (hereinafter "Chen," attached hereto as Exhibit M). |
| (d) conducting a second sequencing assay on said second subset of nucleic acid molecules to yield a second result | The Foresight Diagnostics Solid Tumor Recurrence test conducts a second sequencing assay on the second subset of nucleic acids generated from the plasma DNA sample. |

4

| '394 Patent Claim Language | Infringement Support |
|---|---|
| comprising a second nucleic acid sequence; | <br>Source: Kurtz, Fig. 7b |
| (e) using said plurality of capture probes to generate an additional subset of nucleic acid molecules from an additional nucleic acid sample isolated from an additional sample obtained from said subject at an additional time point different from said first time point; | The personalized probe set used in the Foresight Diagnostics Solid Tumor Recurrence test is used to generate an additional subset of nucleic acid molecules from an additional sample taken from an additional time point different from the first time point. Kurtz teaches in Figure 10d that the PVs can be tracked at multiple time points after diagnosis. |

| '394 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz, Extended Fig. 10d. |
| (f) conducting a third sequencing assay on said additional subset of nucleic acid molecules from said additional nucleic acid sample to yield a third result comprising a third nucleic acid sequence; and | The Foresight Diagnostics Solid Tumor Recurrence test conducts a third sequencing assay on the additional nucleic acid molecules from the additional sample to yield an additional result.  Kurtz teaches in Extended Figure 10d that the additional samples are sequenced and the nucleic acids identified. |

| '394 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz, Extended Fig. 10d. |
| (g) generating a biomedical report that includes biomedical information of said subject, which biomedical information identifies the presence or absence of said one or more polymorphisms identified by said second result or said third result. | The Foresight Diagnostics Solid Tumor Recurrence test generates a biomedical report that includes biomedical information, including whether the polymorphisms identified in the prior sequencing of the plasma samples is or is not present.  For example, Kurtz shows in Extended Fig. 10d whether the tracked polymorphisms were detected or not detected in the subsequently analyzed plasma samples from additional time points. |

| '394 Patent Claim Language | Infringement Support |
|---|---|
| | <br><br>Source: Kurtz, Extended Fig. 10d. |
| 2. The method of claim 1, wherein said biomedical information of said subject is predictive, prognostic, or diagnostic of one or more biomedical features selected from the group consisting of disease state, efficacy of a drug therapy, prediction of optimal drug dosage, recommendation of one or more therapies, and recommendation of a course of treatment of a disease. | The Foresight Diagnostics Solid Tumor Recurrence test issues a report containing biomedical information regarding the patient's disease status, specifically the patient's MRD status. For example, the Foresight Diagnostics Solid Tumor Recurrence test reports on the presence or absence of the specific phased variants identified both prior to and after diagnosis. |

| '394 Patent Claim Language | Infringement Support |
|---|---|
|  | <br>Source: Kurtz, Extended Fig. 10d. |
| 3. The method of claim 1, wherein said one or more polymorphisms comprise one or more insertions, deletions, structural variant junctions, variable length tandem repeats, single nucleotide mutations, or a combination thereof. | The Foresight Diagnostics Solid Tumor Recurrence test tracks single nucleotide mutations. |

| '394 Patent Claim Language | Infringement Support |
|---|---|
| |  Source: https://foresight-dx.com/partnership |
| 4. The method of claim 1, wherein said one or more polymorphisms are in a set of genes with known biomedically interpretable variants. | The Foresight Diagnostics Solid Tumor Recurrence test tracks single nucleotide mutations that are in genes with known biomedically interpretable variants, specifically, oncogenic and clinically relevant SNVs. |

| '394 Patent Claim Language | Infringement Support |
|---|---|
| |  Source: https://foresight-dx.com/partnership |
| 5. The method of claim 4, wherein said set of genes with known biomedically interpretable variants comprise one or more genes or variants associated with cancer. | The Foresight Diagnostics Solid Tumor Recurrence test tracks SNVs in genes associated with oncogenes (cancer). |

| '394 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: https://foresight-dx.com/partnership |
| 6. The method of claim 1, wherein said first time point and said additional time point are at least 1 week apart, or more. | The Foresight Diagnostic Solid Tumor Recurrence test applies the plasma testing at multiple time points that are at least one week apart or more.  For example, the Kurtz Poster shows detection of ctDNA in plasma by PhasED-Seq at multiple timepoints up to 9 months after the start of treatment. |

| '394 Patent Claim Language | Infringement Support |
|---|---|
| |  Source: ASCO Meeting 2021: Abstract #8518: Leveraging phased variants for personalized minimal residual disease detection in localized non-small cell lung cancer, David M. Kurtz, et al. (hereinafter "Kurtz Poster," attached hereto as Exhibit K) |
| 7. The method of claim 1, wherein said first time point and said additional time point are at least 1 month apart, or more. | The Foresight Diagnostic Solid Tumor Recurrence test applies the plasma testing at multiple time points that are at least one month apart or more.  For example, the Kurtz Poster shows detection of ctDNA in plasma by PhasED-Seq at multiple timepoints up to 9 months after the start of treatment. |

13

| '394 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz Poster. |
| 8. The method of claim 1, wherein said additional time point is later than said first time point. | The Foresight Diagnostics Solid Tumor Recurrence test conducts a second sequencing assay on the second subset of nucleic acids generated from the plasma DNA sample obtained at subsequent times. |

14

| '394 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz Poster. |
| 9. The method of claim 1, further comprising comparing said first result and said second result. | The Foresight Diagnostics Solid Tumor Recurrence test issues a report regarding the patient's MRD status that is based on an identification of the presence or absence of the phased variants between the WGS sequencing of the tumor and the subsequent sequencing of the plasma sample.  For example, the Foresight Diagnostics Solid Tumor Recurrence test reports on the presence or absence of the specific phased variants identified both prior to and after diagnosis. |

| '394 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz, Extended Fig. 10d. |
| 10. The method of claim 1, further comprising identifying the presence or absence of said one or more polymorphisms in said second nucleic acid sample. | The Foresight Diagnostics Solid Tumor Recurrence test issues a report regarding the identification the presence or absence of the detected PVs in the second nucleic acid sample obtained from plasma.  For example, Kurtz at Extended Fig. 10d shows the tracking and identification of the presence or absence of the PVs in subsequently obtained samples. |

| '394 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz, Extended Fig. 10d. |
| 11. The method of claim 10, wherein said identifying comprises observing an allele frequency of said one or more polymorphisms. | The Foresight Diagnostics Solid Tumor Recurrence test calculates the variant allele fraction (VAF) for the observed phased variants detected in the sample.  For example, the Supplementary Methods section of Kurtz describes the procedure for the "Identification of phased variants and allelic quantitation."  Kurtz states "[t]o calculate the VAF of each PV, we calculated a numerator representing the number of DNA molecules containing a PV of interest over a denominator representing the total number of DNA molecules that covered the genomic region of interest.  That is, the numerator is simply the total number of deduplicated read pairs that contain a given PV while the denominator is the number of read-pairs that span the genomic locus of a given PV."<br><br>Source: Kurtz, Supplementary Methods at 8. |

| '394 Patent Claim Language | Infringement Support |
|---|---|
| 14. The method of claim 1, wherein said samples isolated from said individual are isolated from a body fluid, cell, skin, tissue, organ, or combination thereof. | The Foresight Diagnostics Solid Tumor Recurrence tests utilizes samples isolated from an individual's germline DNA, tumor biopsy DNA, and plasma DNA.<br><br><br><br>Source: Kurtz, Fig. 7b |
| 15. The method of claim 14, wherein said body fluid sample is a blood plasma sample. | The Foresight Diagnostics Solid Tumor Recurrence tests utilizes samples isolated from an individual's germline DNA, tumor biopsy DNA, and plasma DNA. |

18

| '394 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz, Fig. 7b |
| 16. The method of claim 14, wherein said tissue sample is a tissue biopsy sample. | The Foresight Diagnostics Solid Tumor Recurrence tests utilizes samples isolated from an individual's germline DNA, tumor biopsy DNA, and plasma DNA. |

| '394 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: Kurtz, Fig. 7b |
| 17. The method of claim 1, wherein said whole genome sequencing produces at least 750,000,000 sequencing reads. | The Foresight Diagnostics Solid Tumor Recurrence test performs whole genome sequencing with at least 750,000,000 sequencing reads.  Kurtz states in the methods of Fig. 7 that WGS sequencing of the tumor was performed with 20 million sequencing reads.<br><br>Source: Kurtz, Fig. 7. |
| 18. The method of claim 1, wherein said whole genome sequencing produces at least 1,000,000,000 sequencing reads. | The Foresight Diagnostics Solid Tumor Recurrence test performs whole genome sequencing with at least 1,000,000,000 sequencing reads.  Kurtz states in the methods of Fig. 7 that WGS sequencing of the tumor was performed with 20 million sequencing reads. |

| '394 Patent Claim Language | Infringement Support |
|---|---|
| | Source: Kurtz, Fig. 7. |
| 19. The method of claim 1, further comprising:<br><br>(i) repeating said third sequencing assay one or more times on one or more subsequent samples to yield an additional result comprising a fourth nucleic acid sequence; and | The Foresight Diagnostics Solid Tumor Recurrence test repeats the sequencing assay performed on the plasma sample multiple times over time.  For example, Kurtz at Extended Fig. 10d shows the tracking and identification of the presence or absence of the PVs in subsequently obtained samples.<br><br><br><br>Source: Kurtz, Extended Fig. 10d. |
| (ii) generating an additional biomedical report that includes biomedical information of said subject, which biomedical information identifies the presence or absence of said one or more polymorphisms identified by said | The results of the additional tracking and whether the PVs were observed or not in the subsequently obtained plasma sample may be reported in a biomedical report. |

21

| '394 Patent Claim Language | Infringement Support |
|---|---|
| additional result. | <br><br>Source: Kurtz Poster.<br><br>Additionally, the Foresight website shows the use of time-based reporting and monitoring: |

| '394 Patent Claim Language | Infringement Support |
|---|---|
| | <br>Source: https://foresight-dx.com/partnership |