# EXHIBIT L



# Advancing Care for Patients During & After Treatment: Molecular Residual Disease Strategic Planning Group

Presented by: Anne-Marie Martin, PhD, GSK



17

**THE CHALLENGE**

Identify and address barriers to the implementation of molecular residual disease (MRD) in solid tumors in non-metastatic disease and develop and resource projects to address these challenges in the near and long term.

**5-YEAR GOAL**

Validate MRD as an early endpoint in solid tumors.





18

# BLOODPAC's successes position us to address the challenges of MRD in solid tumors

| INITIATIVE | IMPACT IN THE FIELD |
| --- | --- |
| MRD Analytical Validation Working Group | Drafting a set of generic analytical validation protocols for MRD assays with FDA feedback. |
| JFDI Working Group | Successfully developed and characterized cfDNA reference materials for genotyping NGS assay. |
| Recommended Data Elements Working Group (MTDEs) | Identified and published a common set of minimum core data elements recommended for all liquid biopsy studies. |
| BLOODPAC Data Commons | BLOODPAC has established an open, publicly accessible data commons for the global liquid biopsy community. |



# Project Roadmap



**SHORT TERM (1 YR)**          Develop a lexicon.

          Develop and characterize an "MRD-like" reference material.

**MIDTERM (2—3 YRS)**

          Identify key data elements.

**LONG TERM (4—5+ YRS)**          Define clinical questions and endpoints.

          Develop protocols for intended uses.

          Run a prospective trial.



20

BLOODPAC's work complements the work of other stakeholders.





21

# MRD Strategic Planning Group Participants

































# State of the Science of Precision Medicine and Liquid Biopsy

Presented by:
Erica L Carpenter, MBA, PhD
Research Assistant Professor of Medicine
Director, Liquid Biopsy Laboratory

 BLOODPAC


Dr. Erica Carpenter

# Liquid biopsy applications across the patient's diagnostic journey



Pantel K and Alix-Panabieres C *NatRevClinOnc* 2019





Adapted from Watanabe et al. *J. of Human Genetics* 2021



26

# Liquid biopsy applications across the patient's diagnostic journey



Adapted from Watanabe et al. *J. of Human Genetics 2021*



# Shifting the paradigm: Earlier cancer detection prior to imaging



Klein EA et al. Annals of Oncology 2021

Adapted from Watanabe et al. *J. of Human Genetics* 2021



# Efforts to improve liquid biopsy-based early cancer detection

**Tumor-specific
cfDNA methylation
signature**





Sabedot TS et al., *Neuro-Onc* 2021
Yang Z et al., *ClinCanRes* 2020

Kim et al., *Science Translational Medicine* 2017 (images courtesy of Ken Zaret)
ASCO Abstract, General meeting 2021

29

# Efforts to improve liquid biopsy-based early cancer detection

**Tumor-specific cfDNA methylation signature**





**Multi-analyte liquid biopsy**

Sabedot TS et al., *Neuro-Onc* 2021
Yang Z et al., *ClinCanRes* 2020

Kim et al., *Science Translational Medicine* 2017 (images courtesy of Ken Zaret)
ASCO Abstract, General meeting 2021



30

# Efforts to improve liquid biopsy-based early cancer detection

**Tumor-specific
cfDNA methylation
signature**





Genetic reprogramming to iPS-like

**Innovative
pre-clinical models
to inform test
development**

Develop into early-stage PDAC



**Multi-analyte
liquid biopsy**



# Efforts to improve liquid biopsy-based early cancer detection

**Tumor-specific cfDNA methylation signature**



**Innovative pre-clinical models to inform test development**



Biopsy

Genetic reprogramming to iPS-like

Secreted protein biomarkers: **THBS2**, others

Develop into early-stage PDAC



**Multi-analyte liquid biopsy**

**Electronic nose to detect VOCs**





Ovarian Cancer

 Sabedot TS et al., *Neuro-Onc* 2021
Yang Z et al., *ClinCanRes* 2020

Kim et al., *Science Translational Medicine* 2017 (images courtesy of Ken Zaret)
ASCO Abstract, General meeting 2021

# Liquid biopsy for therapy selection



Adapted from Watanabe et al. *J. of Human Genetics* 2021



# Increasing approvals in the setting of NSCLC have led to need for precision medicine approaches



Image from https://www.lungcancerresearchfoundation.org/research/why-research/treatment-advances/



34

# Prospective study of ctDNA NGS clinical actionability for therapy selection

**Enrolled n = 323 patients with mNSCLC, with 166 at diagnosis**

**Tissue NGS infeasible in 44% of patients**



n=229 patients with mNSCLC

**86% response rate for patients treated on basis of ctDNA alone**



These findings independently corroborated by NILE study
[Leighl NB et al., *CCR* 2019]



Aggarwal C et al., *JAMA Oncology* 2018

35

# Clinical ctDNA testing fully embedded in mNSCLC treatment pathways, but not just for lung



**86% of mNSCLC patients at Penn Med receive NCCN recommended molecular testing versus only 15% nationwide**



36

# ctDNA NGS for predicting response to checkpoint inhibitors

**MYSTIC Clinical Trial**





- Prospective study of mNSCLC patients receiving front-line pembrolizumab +/- chemotherapy

- Same 500-gene panel for ctDNA-based TMB estimation as used in MYSTIC

Rizvi N et al. ESMO 2018
Si H et al. CCR 2020

Aggarwal C et al., ClinCanRes 2020



37

# Shifting the paradigm: <u>Earlier</u> detection of therapeutically targetable mutations



Adapted from Watanabe et al. *J. of Human Genetics 2021*



38

# Shifting the paradigm: <u>Earlier</u> detection of therapeutically targetable mutations





# Liquid biopsy-based minimal residual disease (MRD) detection



Adapted from Watanabe et al. *J. of Human Genetics* 2021



# Clinical implications of MRD



**Sustain or escalate therapy?**

**De-escalate therapy?**



Honore N et al., *Cancers* 2021

# Barriers/recent history for liquid biopsy based MRD detection



Honore N et al., *Cancers* 2021



▸ Mostly ctDNA-based

▸ Barriers:
  · Low sensitivity
  · High false negative rate
  · Poor standardization
  · Lack of randomized trials demonstrating clinical benefit
  · CHIP

▸ Benefits:
  · Non-invasive
  · May be more comprehensive than tissue
  · Can longitudinally monitor

42

# Tissue-informed ctDNA-based MRD detection



Abbosh C et al., *Nature* 2017



43

# Tissue-informed ctDNA-based MRD detection





# Commercially available liquid biopsy-based MRD detection





## Tissue-informed

- Allows comprehensive genomic view, yielding multiple targets

- Reduced background from non-tumor mutations

- Increased sequencing depth

- Increased sensitivity to detect VAF<0.1%

## Tissue-agnostic

- Avoids requirement for sufficient quantity/quality tissue DNA

- Decreased turn-around time and cost

- May more comprehensively reflect changing molecular profile of tumor under pressure of therapy



45

# ctDNA MRD platforms for clinical practice

| Platform | Technology | Variants queried | Samples required | Tissue dependence | Reported LOD | Turnaround time | Tumor types |
|---|---|---|---|---|---|---|---|
| Signatera™ (Natera) | Multiplex PCR-based NGS | SNVs, indels | Baseline: tumor tissue; whole blood (6 mL) MRD/monitoring: plasma (from 20 mL blood) | Tumor-informed | 0.01% VAF | 3 weeks for tumor sequencing and personalized PCR primer design 1–2 weeks after plasma sample is received | Multi-cancer |
| Guardant Reveal™ (Guardant Health) | Hybrid capture-based NGS | SNVs, indels, methylation | MRD/monitoring: plasma (from 20 mL blood) | Tumor-naïve | 0.01% VAF | 1 week from sample receipt | CRC |



# ctDNA MRD platforms for clinical practice

| Platform | Technology | Variants queried | Samples required | Tissue dependence | Reported LOD | Turnaround time | Tumor types |
|---|---|---|---|---|---|---|---|
| Signatera™ (Natera) | Multiplex PCR-based NGS | SNVs, indels | Baseline: tumor tissue; whole blood (6 mL) MRD/monitoring: plasma (from 20 mL blood) | Tumor-informed | 0.01% VAF | 3 weeks for tumor sequencing and personalized PCR primer design 1–2 weeks after plasma sample is received | Multi-cancer |
| Guardant Reveal™ (Guardant Health) | Hybrid capture-based NGS | SNVs, indels, methylation | MRD/monitoring: plasma (from 20 mL blood) | | | | |

$P < 0.0001$

Parikh AP et al., *ClinCanRes* 2021



Chen K et al., *MolDiag&Ther* 2021

47

# Pushing the envelope on sensitivity





- **WGS of tumor**
- **Up to 1,800 variants**
- **Sensitivity down to 1-3 PPM**

- **WGS of tumor**
- **Phased variant detection (2+ mutations occurring within 150 bp regions on same DNA strand**



Boyle SM et al., AACR General Meeting 2022, abstract #5163

Kurtz DM et al., *Nat Biotech* 2021

48

# Commercial RUO ctDNA MRD platforms

| Platform | Technology | Variants queried | Samples required | Tissue dependence | Reported LOD |
|---|---|---|---|---|---|
| AVENIO (Roche) | Hybrid capture-based NGS | SNVs, indels, CNAs, fusions | MRD/monitoring: plasma (4 mL) | Tumor-naïve | 0.1% VAF |
| PCM™ (ArcherDX) | Multiplex PCR-based NGS | SNVs, indels, CNAs | Baseline: tumor tissue MRD/monitoring: plasma | Tumor-informed | 0.003% VAF |
| RaDaR™ (Inivata) | Multiplex PCR-based NGS | SNVs, indels, CNAs | Baseline: tumor tissue MRD/monitoring: plasma (from 20 mL blood) | Tumor-informed | 0.001% VAF |
| PredicineALERT™ (Predicine) | Hybrid capture based NGS | SNVs, indels, CNAs, fusions | Baseline: tumor tissue or plasma (from 10 mL blood) MRD/monitoring: plasma | Tumor informed or tumor-naïve | 0.005% VAF |
| MRDetect (C2i Genomics) | WGS | SNVs, CNAs | Baseline: tumor tissue MRD/monitoring: plasma (1 mL) | Tumor-informed | 0.001% TF |
| PhasED-Seq (Foresight Diagnostics) | Hybrid capture-based NGS | PVs, SNVs | Baseline: tumor or plasma MRD/monitoring: plasma | Tumor-informed | < 0.0001% TF |



Chen K et al., *MolDiag&Ther* 2021

49

# Comparing ctDNA vs imaging and CEA surveillance in patients with resected CRC



"ctDNA assay may not provide advantages as a surveillance strategy compared with standard imaging combined with CEA levels when performed per NCCN guidelines."



Fakih M et al., *JAMA Network Open* 2022

51

# FOCR's <u>ctDNA for monitoring treatment response</u> (ctMoniTR) project: Generating evidence that changes in ctDNA levels accurately reflect therapeutic effects

- ▸ **Available data on mNSCLC patients**
- ▸ **Treated with anti-PD-(L)1 therapy**
- ▸ **ctDNA (VAFs) at baseline + one on-therapy**



**Can trends observed in smaller independent datasets be replicated in a larger combined dataset?**





# Comparing ctDNA vs imaging and CEA surveillance in patients with resected CRC



"ctDNA assay may not provide advantages as a surveillance strategy compared with standard imaging combined with CEA levels when performed per NCCN guidelines."



Fakih M et al., *JAMA Network Open* 2022

51

# Application in rare, low-shedding tumors: Glioblastoma



**Genome-wide cell-free DNA mutational integration enables ultra-sensitive cancer monitoring**

Asaf Zviran[1,2], Rafael C. Schulman[1,2], Minita Shah[1,2], Steven T. K. Hill[1,2], Sunil Deochand[1,2],



Clinical Trials involving
ctDNA in FDA database



- Tissue WGS-guided SNV and CNA detection
- Median OS 8 months (HIGH-TF) vs. 19 months (LOW-TF)
- OS association persisted after adjusting for age, *MGMT* methylation status, extent of resection, and performance status (adjusted HR 2.5, 95% CI 1.1-5.6, p=0.03)



Cisneros-Villanueva M et al., BJC 2022

Bagley SJ et al., Society of Neuro-Oncology General Meeting 2021, Abstract# BIOM-23
Figure courtesy of Asaf Zivran, C2i

52

# IMvigor010: Randomized study of adjuvant atezolizumab in setting of operable urothelial cancer.







# ctDNA-based MRD detection in a clinical trial setting





# Moving beyond ctDNA?



- ‣ Phase III SUCCESS A trial of adjuvant chemo + zoledronate for high-risk early-stage breast cancer
- ‣ Circulating tumor cells (CTCs) year 2 after chemotherapy



Trapp E et al., *J NCI* 2019

55

# Takeaways



Adapted from Watanabe et al. *J. of Human Genetics 2021*

▸ Early detection tests may lack sufficient sensitivity for early-stage cancer detection

▸ Liquid biopsy an essential component of molecular tumor profiling for personalized therapy

- Improves detection of therapeutically targetable mutations
- Easy, fast way to "rule in" mutation -> not effective to "rule out"

▸ MRD detection and tumor surveillance are emerging applications

- Several technologies under development
- ctDNA prognostic, can support therapy selection in adjuvant and other settings
- Validation in interventional trials will be key



56

# Thank you





Funding:

- 1R01 CA207643-01
- ACC Translational Centers of Excellence
- Human Phenomics Science



- Penn Center for Precision Medicine



- CCSG / ACC Core Grant
- AACR/PanCan



- NCI U54 BETRNet
- Penn Pancreatic Cancer Research Center



## THE CHALLENGE

Today there are few regulatory approvals and no international regulatory standards for diagnostic testing with liquid biopsy in oncology.

## 5-YEAR GOAL

Facilitate the harmonization of guidelines and expectations for review of liquid biopsy technologies to enable rapid regulatory approval for patient benefit.




62

# BLOODPAC's successes position us to address the challenges of global regulatory collaboration

| INITIATIVE | IMPACT IN THE FIELD |
|---|---|
| Pre-Analytical Variable Working Group | Identified and published a common set of minimum core data elements recommended for all liquid biopsy studies using the FDA pre-submission process. |
| Analytical Validation Working Group | Alignment on generic analytical validation protocols with FDA feedback through three official pre-submissions. |
| Patient and Clinical Context Variables Working Group | Working to establish an agreed-upon list of disease-specific and patient-specific variables that may impact the outcome of an assay using the FDA pre-submission process. |
| BLOODPAC Data Commons | Established an open, publicly accessible data commons for the global liquid biopsy community. |



# Emerging Global Regulatory Themes

Through intake meetings and initial regulatory session, we have established the following:

**INTEREST**

- All groups that participated in intake discussion have expressed interest in collaborating with BLOODPAC
- Interest in Minimal Technical Data Elements for MRD trials

**MRD**

- How to define clinical purpose (prognosis, etc.)
- Data needs to define MRD as a relevant secondary endpoint

**CHALLENGES**

- Sensitivity (absence of ctDNA vs. sensitivity of assay)
- Clinical and non-clinical sample limitations and utility

**OPPORTUNITIES**

- No specific review criteria for liquid biopsy—reviews to date used tissue review criteria
- Lack of reference standards seen as a barrier



# Project Roadmap

**SHORT TERM (1 YR)** •········ Establish a global regulatory partnership.

•········ Obtain global regulatory input on current BLOODPAC deliverables.

**MIDTERM (2–3 YRS)** •········ Seek additional deliverables to solve global challenges identified by regulatory partners.

•········ Develop deliverables recommended by regulatory partners.

**LONG TERM (4–5+ YRS)** •········ Implement deliverables to support regulatory submissions.



65

# Thanks to the following organizations for providing input:

- BSI
- EUCOPE
- US Food and Drug Administration
- Health Canada
- Israeli Ministry of Health
- Japan Pharmaceuticals and Medical Devices Agency (PMDA)
- Swissmedic





# Global Regulatory Strategic Planning Group Participants













- Fireside chat - regulatory